| **UNITED STATES BANKRUPTCY COURT**<br>District of <u>Arizona</u> | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Prime Time International Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Single Stick Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 86-0736454 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2019 West Lone Cactus Drive<br>Phoenix, AZ<br><br>ZIP CODE 85027 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: Maricopa | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　☒ Debts are primarily business debts |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>--------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  Prime Time International Company |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)                    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  Prime Time International Company |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>    _____<br>    Telephone Number (if not represented by attorney)<br><br>    _____<br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>    _____<br>    (Printed Name of Foreign Representative)<br><br>    _____<br>    Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _~~signature~~_____<br>    Signature of Attorney for Debtor(s)<br>    David D. Cleary<br>    Printed Name of Attorney for Debtor(s)<br>    Greenberg Traurig, LLP<br>    Firm Name<br>    2375 East Camelback Rd. Suite. 700<br>    Phoenix, AZ 85016<br>    Address<br>    602-445-8000<br>    Telephone Number<br>    March 15, 2014<br>    Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>    Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _~~signature~~_____<br>    Signature of Authorized Individual<br>    John T. Wertheim<br>    Printed Name of Authorized Individual<br>    Chairman of the Board<br>    Title of Authorized Individual<br>    March 15, 2014<br>    Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**SCHEDULE 1**

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. 21st Century Brands, LLC
2. Prime Time International Company
3. USA Tobacco Distributing, Inc.

**SECRETARY'S CERTIFICATE**
**OF**
**PRIME TIME INTERNATIONAL COMPANY, INC.**

**March 12, 2014**

The undersigned hereby certifies that he is the duly elected and incumbent Secretary and General Counsel of Prime Time International Company, an Arizona corporation (the "Company") having a primary place of business of 2019 W. Lone Cactus Drive Phoenix, AZ 85027, and in such capacity certifies that (a) attached hereto is a true, complete and correct copy of the resolutions adopted by the Board of Directors of the Company on March 12, 2014 and (b) such resolutions have not been amended, modified or rescinded and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF,** the undersigned has executed this Secretary's Certificate to be effective as of the date first set forth above.

Name:     **James A. Deer**
Title:    **Secretary and General Counsel**

## RESOLUTIONS OF BOARD OF DIRECTORS OF
## PRIME TIME INTERNATIONAL COMPANY, INC.

### March 12, 2014

The Board of Directors (the "Board") of Prime Time International Company, Inc., an Arizona corporation (the "Company") having a primary place of business of 2019 W. Lone Cactus Drive Phoenix, AZ 85027, acting pursuant to the Bylaws, took the following actions and adopted the following resolutions:

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board reviewed and considered the materials presented by the Officers and the legal advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses; and

WHEREAS, the Board has had the opportunity to consult with the Officers and the legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

### VOLUNTARY PETITION UNDER THE PROVISIONS OF
### CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**RESOLVED FURTHER,** that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, including, without limitation, a motion seeking authority to sell substantially all of the Company's assets and/or chapter 11 plan of liquidation or reorganization, to be filed in connection with the chapter 11 case under the Bankruptcy Code, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

### RETENTION OF PROFESSIONALS

**RESOLVED FURTHER,** that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Greenberg Traurig, LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy

Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP;

**RESOLVED FURTHER,** that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### GENERAL PROVISIONS

**RESOLVED FURTHER,** that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion of the chapter 11 case, including a sale of some or substantially all of the Company's assets, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure and ownership and to carry out and put into effect the purposes of these resolutions and the transactions contemplated thereby;

**RESOLVED FURTHER,** that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in these resolutions; and

**RESOLVED FURTHER,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**ACKNOWLEDGMENT AND CONSENT BY DIRECTORS:**

John T. Wertheim

James L. Emery

James A. Deer

James M. Mantle

PHX 330813623v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Prime Time International Company, an Arizona corporation,[1]

Debtors and Debtors-in-Possession.

Case No. 2:14-(_____)
Chapter 11

(Joint Administration Requested)

## LIST OF CREDITORS
## HOLDING TWENTY LARGEST UNSECURED CLAIMS

Following is the list of the above-captioned Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest claims. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information contained herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

---

[1]The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| **1.** | USDA<br>Farm Service Agency | 1400 Independence Ave, SW Stop 0515, Room 3720-3722<br>Washington, DC, 20250 | Trade Assessment | Disputed | $ 17,271,123.40 |
| **2.** | State Board of Equalization | Attn: Settlement and Taxpayer Services Division<br>PO Box 942879 (MIC: 87)<br>Sacramento, CA 94279-0087<br>Fax: 916-323-3387 | Tax | Disputed, Unliquidated | $ 1,197,908.16 |
| **3.** | State Board of Equalization | Attn: Settlement and Taxpayer Services Division<br>PO Box 942879 (MIC: 87)<br>Sacramento, CA 94279-0087<br>Fax: 916-323-3387 | Tax | Disputed, Unliquidated | $108,343.74 |
| **4.** | Core-Mark International | 395 Oyster Point Blvd. Ste 415<br>San Francisco, CA 94080<br>Ph: 650-589-9445 | Trade | Disputed, Unliquidated, Subject to Setoff | $10,00.00 |
| **5.** | EBY Brown Co | PO Box 3067<br>280 W. Shuman Blvd, Suite 280<br>Naperville, IL 60566<br>Attn: Andy Batt<br>Ph: 630-536-3985 | Trade | Disputed, Unliquidated, Subject to Setoff | $10,00.00 |
| **6.** | Cox Transportation Services | 10448 Dow-Gil Road<br>Ashland, VA 23005<br>Ph: 800-288-8118<br>Fax: 804-798-1299 | Trade | | $8,355.04 |

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 7. | Megaforce Staffing Group | PO Drawer 53449<br>Fayetteville, NC 28305<br>Attn: Jennifer Honeycutt<br>Ph: 252-237-3604<br>Fax: 252-237-5682 | Trade | | $4,838.06 |
| 8. | H.T. Hackney Co - Indianapolis | 9420 A East 33rd Street<br>Indianapolis, IN 46235<br>Attn: Jim King<br>Ph: 317-897-0203<br>Fax: 317-869-2129 | Trade | Unliquidated, Subject to Setoff | $4,651.81 |
| 9. | A - Z Wholesale | 11100 Harry Hines Blvd<br>Dallas, TX 75229<br>Attn: Amar B. Ali<br>Ph: 972-484-1153<br>Fax: 972-488-1669 | Trade | Unliquidated, Subject to Setoff | $4,635.65 |
| 10. | Amcon - Omaha | PO Box 641940<br>Omaha, NE 68164-7940<br>Attn: Ernie Cobbett<br>Ph: 417-866-0884<br>Fax: 417-866-2571 | Trade | Unliquidated, Subject to Setoff | $4,611.33 |
| 11. | Casey's General Stores, Inc. | PO Box 3001<br>Ankeny, IA 50021<br>Attn: Carol Ann<br>Ph: 515- 965-6100<br>Fax: 515-965-6147 | Trade | Unliquidated, Subject to Setoff | $4,539.05 |
| 12. | Tripi Foods Inc. | PO Box 1107<br>Buffalo, NY 14240<br>Attn: John Cross<br>Ph: 716-853-7400<br>Fax: 716-852-7400 | Trade | Unliquidated, Subject to Setoff | $4,183.58 |
| 13. | Skiles Company Inc. | PO Box 336<br>Bluffton, IN 46714<br>Attn: Steve Skiles<br>Ph: 260-824-2400<br>Fax: 260-824-8182 | Trade | Unliquidated, Subject to Setoff | $4,133.76 |

| | (1)<br>Name of creditor | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (if secured, the value of security) |
|---|---|---|---|---|---|
| 14. | S. Abraham & Sons Inc. | 4001 Three Mile Rd NW,<br>Walker, MI 49544<br>Attn: Rob Parker<br>Ph: 616-453-6358<br>Fax: 616-453-9259 | Trade | Unliquidated, Subject to Setoff | $3,945.47 |
| 15. | LA Top Distributor | 441 S. Los Angeles Street<br>Los Angeles. CA 90013<br>Attn: Frank<br>Ph: 213-624-7224<br>Fax: 213-627-8697 | Trade | Unliquidated, Subject to Setoff | $3,724.37 |
| 16. | Huntsville Wholesale | PO Box 6279<br>Huntsville, TX 77342<br>Attn: Nasser Shariff<br>Ph: 936-295-8269<br>Fax: 936-295-3315 | Trade | Unliquidated, Subject to Setoff | $3,396.00 |
| 17. | McClane Company | 4747 McLane Parkway<br>Temple, TX 76504<br>Ph: 254-771-7500<br>Fax: 254-771-7244 | Trade | Unliquidated, Subject to Setoff | $3,000.00 |
| 18. | Tazmanian Freight Systems | PO Box 632655<br>Cincinnati, OH 45263<br>Ph: 216 265-7881 | Trade | | $2,607.71 |
| 19. | Farner-Bocken | PO Box 368<br>Carroll, IA 51401<br>Attn: Mark Bennett<br>Ph: 712-792-7430<br>Fax: 712-792-7353 | Trade | Unliquidated, Subject to Setoff | $2,090.04 |
| 20. | Silver Star Imports | 11220 Harry Hines<br>Dallas, TX 75229<br>Attn: Mr. Bana<br>Ph: 972-241-4181<br>Fax: 972-241-5826 | Trade | Unliquidated, Subject to Setoff | $1,993.62 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Prime Time International Company, an Arizona corporation,[1]

___ Debtors and Debtors-in-Possession.

Case No. 2:14-(_____)
Chapter 11

(Joint Administration Requested)

## CERTIFICATION CONCERNING LIST OF
## CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of Creditors Holding the Twenty (20) Largest Unsecured Claims* (the "*Top 20 List*"), submitted herewith, is complete, and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Top 20 List have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2014.

Signature: _____
By: John T. Wertheim
Title: Chairman of the Board

---

[1] The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

In re:

Prime Time International Company, an Arizona corporation,[1]

     Debtors and Debtors-in-Possession.

Case No. 2:14-(_____)
Chapter 11

(Joint Administration Requested)

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % Equity Interest[2] |
|---|---|---|
| Lights 'N Such, Inc. | 2801 West Indian School Road Phoenix, AZ 85017 | 30.65% |
| Wertheim, John T. | 630 W. Glenn Drive Phoenix, AZ 85021 | 16.24% |
| Silence, Joseph A. & Jo Ann, JTWROS | PMB# 227 4727 E. Bell Road, Suite 45 Phoenix, AZ 85032 | 7.49% |
| Emery, James | 36316 N. 34th Lane Phoenix, AZ 85086 | 6.42% |
| KB Investments, LLC | 2104 W. Longhorn Dr. Chandler, AZ 85286 | 4.34% |
| Knadler, Fred | 2801 West Indian School Road Phoenix, AZ 85017 | 3.52% |
| Deer, James A. | 20507 W. Daniel Place Buckeye, AZ 85326 | 3.16% |
| Jay H. Edwards, Trustee of the Jay H. Edwards Living Trust, dated September 30, 2005 | 210 Canyon Lakes Place San Ramon, CA 94582 | 2.99% |
| Deer, James A. and Francene, JTWROS | 20507 W. Daniel Place Buckeye, AZ 85326 | 2.72% |
| Tweet, Glen L. | 15014 145th Ave. Court East Orting, WA 98360 | 2.64% |
| Hunt, Hugh West Personal Trust U/A Dated 2/12/70, Hugh West Hunt & Jane Ann Hunt, Trustees | P.O. Box 700 Blair, NE 68008-0700 | 2.11% |
| Bennett Lee Welchons | 6147 Williams Court Rocky Mount, NC 27803 | 1.91% |
| Strub, Eric & Anita | 235 Rockhill Road Vista, CA 92084 | 1.59% |
| Kriegel 1994 Irrevocable Family Trust | 769 Plain Street Marshfield, MA 02050 | 1.34% |
| Mai, Paul K. sole Trustee, under the Paul K. Mai Trust, dated March 14, 1996, | 3308-B South Holmes Road Salina, KS 67401 | 1.28% |
| James M. Mantle | 10234 N. 58th Place Paradise Valley, AZ 85253 | 1.05% |

[1] The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.
[2] After review of the Debtor's books and records, the percentage of equity interest is an approximate estimate.

| Name | Address | % Equity Interest[2] |
|---|---|---|
| Longmuir, Gary A. and Sherril, JTWROS | 2525 W. Carefree Highway Bldg. 2, Suite 114 Phoenix, AZ 85085 | 0.97% |
| Robert Howard Klein | 17699 N. 93rd Place Scottsdale, AZ 85255 | 0.96% |
| Paul Irwin Marquardt | 15123 E. Palomino Blvd. Fountain Hills, AZ 85268 | 0.96% |
| Wolff, Austin | 30229 8th Avenue South Federal Way, WA 98003-3725 | 0.96% |
| Strub, Kenneth | P.O. Box 460784 Escondido, CA 92046 | 0.71% |
| Pratt, Robert J. | 7757 Hand Woven Court Las Vegas, NV 89149 | 0.45% |
| Yang, George | 11291 E. Via Linda Scottsdale, AZ 85259 | 0.40% |
| Pruitt, Vince | 1034 East 24th Street N. Kansas City, MO 64116 | 0.34% |
| Miguel A. & Elda Anaya | 12940 W. Modesto Litchfield Park, AZ 85340 | 0.29% |
| Price, Charles | 3613 Hawick Drive Colonial Height, VA 23834 | 0.29% |
| Haudie Properties, LLC | 8505 South Country Club Drive Franklin, WI 53132 | 0.27% |
| Bohl, D.D.S. Charles F. | 19125 Alta Vista Drive Brookfield, WI 53045 | 0.26% |
| Cook, Kelly J. | 3800 W. Ray Road, Suite 19 Chandler, AZ 85226 | 0.26% |
| Davis, Phillip | 40 Tapadero Lane Las Vegas, NV 89135 | 0.26% |
| Strub, Kenneth & Shirley, JTWROS | 1914 W. Mission Rd., Suite D Escondido, CA 92029 | 0.26% |
| Kush, Joseph A. or Mary Louise | 11020 East Jomax Road Scottsdale, AZ 85262-8307 | 0.19% |
| Meyers, Brooke | 2185 Deborah Way Upland, CA 91784-1407 | 0.19% |
| Minnei, Renato | P.O. Box 21209 Sedona, AZ 86351 | 0.19% |
| Ostrom, Lonnie L. | 3026 E. Sierra Vista Drive Phoenix, AZ 85016 | 0.19% |
| Eaglin, Terry | 229 N. Ridge Road Versailles, IN 47042 | 0.16% |
| Knadler, Fred & Libbia | 2801 West Indian School Road Phoenix, AZ 85017 | 0.14% |
| Bohl Family 1982 Income Trust | 19125 Alta Vista Drive Brookfield, WI 53045 | 0.13% |
| Eberle, Dan & Marguerite, JTWROS | 4325 East Whitney Lane Phoenix, AZ 85032 | 0.11% |
| Hermanson, Paul D. | 1235 W. Ruth Ave. Phoenix, AZ 85021 | 0.10% |
| Perry, Brett A | 2604 E. Amber Ridge Way Phoenix, AZ 85048 | 0.10% |
| Stuflick, Richard A. | 4340 Leafwood Circle W. | 0.10% |

| Name | Address | % Equity Interest[2] |
|---|---|---|
| | Santa Rosa, CA 95405-7808 | |
| MRW Investments | 9731 N. 56th Street<br>Paradise Valley, AZ 85253 | 0.10% |
| Hau, Daniel E. and Ruth A., JTWROS | 8505 South Country Club Drive<br>Franklin, WI 53132 | 0.09% |
| Hedges, James A. | 2618 E. 1800 N. Rd.<br>Moweaqua, IL 62550 | 0.08% |
| Callahan, Frank and Pamela, JTWROS | 4723 Casey Lane<br>Cave Creek, AZ 85331 | 0.06% |
| Crowley, Bob E. and Marsha K., JTWROS | 10265 Carriage Club Dr.<br>Lone Tree, CO 80124 | 0.06% |
| Hammer, Douglas A. | RR 1 Box 152A<br>Timewell, IL 62375-9758 | 0.06% |
| Hammer, Louis A. | 305 West Main Street<br>Mt. Sterling, IL 62353 | 0.06% |
| Kershaw, Dan & Kershaw, Lavona, JTWROS<br>(moved to Italy per Michael Cole) | 3333 East Thomas<br>Phoenix, AZ 85018 | 0.06% |
| Milam, William | 236 Indiana Avenue<br>Salem, IL 62881-1337 | 0.06% |
| Mitzel, Duane L. & Allyson, JTWROS | 12285 E. Turquoise Avenue<br>Scottsdale, AZ 85259 | 0.06% |
| Volk, Michael R. & Pamela A. | RR#4, Box 183A<br>Mt. Sterling, IL 62353 | 0.06% |
| Esser, Daniel P. | W331 S3342 Hawthorn Hollow<br>Dousman, WI 53118 | 0.06% |
| Frey, Bradley C. | 729 Providence Lane<br>Crystal Lake, IL 60012-3781 | 0.05% |
| Eberle, Ernest | 4005 East Charter Oak<br>Phoenix, AZ 85032 | 0.04% |
| Schletter, Deidre | 22024 Crespi Street<br>Woodland Hills, CA 91364-1619 | 0.04% |
| Dannenmann, Eric | 3920 West Freisdadt Road<br>Mequan, WI 53092 | 0.04% |
| Biaggi, Christopher & Leslie, JTWROS | 2409 Eagleridge Drive<br>Henderson, NV 89014 | 0.03% |
| Nason, William F. | 5002 Haystack Drive<br>Las Vegas, NV 89122 | 0.03% |
| Rose, Kenneth B. III | 659 Avenue G<br>Boulder City, NV 89005 | 0.03% |
| Smith, Jay G. | 607 West Orchard<br>Vandalia, IL 62471 | 0.03% |
| Zoike, Beate E. | 3509 South Tyler<br>Tacoma, WA 98409 | 0.03% |
| Cyr, Michelle J. (divorced to Steve Cyr and<br>remarried as Callegari) | 1505 De Anza Blvd.<br>San Mateo, CA 94403 | 0.02% |
| Ranger, Sandra | 444 East Coconino Place<br>Chandler, AZ 85249 | 0.02% |
| Brzycki, James | 1501 Gulf Blvd., #807<br>Clearwater Beach, FL 33767 | 0.02% |
| Cyr, Steven M. | 20 Princeville Lane<br>Las Vegas, NV 89113 | 0.02% |
| Bess, Mick L. | 1836 W. Stewart Avenue | 0.01% |

| Name | Address | % Equity Interest[2] |
|---|---|---|
|  | Park Ridge, IL 60068 |  |
| DeAngelo, Cynthia | 920 WILLOW ST.<br>Itasca, IL 60143 | 0.01% |
| Gorham, Daniel K. | 8820 St. Pierre Drive<br>Las Vegas, NV 89134 | 0.01% |
| Kerpan, William J. | 1373 Amber Court<br>Grayslake, IL 60030 | 0.01% |
| Waldron, Christian | 5143 Elm Crest Lane<br>Cincinnati, OH 45242 | 0.01% |
| Burns, Jeff | 4335 El Presidio Drive<br>Las Vegas, NV 89141 | 0.01% |
| Biaggi, Christopher | 2409 Eagleridge Drive<br>Henderson, NV 89014 | 0.01% |
| Lessman, Fred | 1844 Winners Cup Dr.<br>Las Vegas, NV 89117-0824 | 0.01% |
| Mahon, Kelly, Custodian for Jeremy Hagstrom<br>(real name is Kellie) | P.O. Box 26683<br>Las Vegas, NV 89126 | 0.01% |
| Petersen, Mike & Leean | 9016 Bald Eagle Drive<br>Las Vegas, NV 89134-6188 | 0.01% |

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Prime Time International Company, an Arizona corporation,[1]

Debtors and Debtors-in-Possession.

Case No. 2:14-(_____)
Chapter 11

(Joint Administration Requested)

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

The above-captioned case debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Arizona, containing the *List of Security Equity Holders* of the Debtor for the common stock only, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2014.

Signature: _____
By: John T. Wertheim
Title: Chairman of the Board

---

[1] The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case No. 2:14-(_____) |
| | Chapter 11 |
| Prime Time International Company, an Arizona corporation,[1] | |
| | (Joint Administration Requested) |
| Debtors and Debtors-in-Possession. | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held[2] |
|---|---|
| Lights 'N Such, Inc. | 30.65% |
| Wertheim, John T. | 16.24% |
| Silence, Joseph A. & Jo Ann, JTWROS | 7.49% |
| Emery, James | 6.42% |
| KB Investments, LLC | 4.34% |
| Knadler, Fred | 3.52% |
| Deer, James A. | 3.16% |
| Jay H. Edwards, Trustee of the Jay H. Edwards Living Trust, dated September 30, 2005 | 2.99% |
| Deer, James A. and Francene, JTWROS | 2.72% |
| Tweet, Glen L. | 2.64% |
| Hunt, Hugh West Personal Trust U/A Dated 2/12/70, Hugh West Hunt & Jane Ann Hunt, Trustees | 2.11% |
| Bennett Lee Welchons | 1.91% |
| Strub, Eric & Anita | 1.59% |
| Kriegel 1994 Irrevocable Family Trust | 1.34% |
| Mai, Paul K. sole Trustee, under the Paul K. Mai Trust, dated March 14, 1996, | 1.28% |
| James M. Mantle | 1.05% |
| Longmuir, Gary A. and Sherril, JTWROS | 0.97% |
| Robert Howard Klein | 0.96% |
| Paul Irwin Marquardt | 0.96% |
| Wolff, Austin | 0.96% |
| Strub, Kenneth | 0.71% |
| Pratt, Robert J. | 0.45% |
| Yang, George | 0.40% |
| Pruitt, Vince | 0.34% |
| Miguel A. & Elda Anaya | 0.29% |

---

[1] The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.
[2] After review of the Debtor's books and records, this is an approximate percentage of shares held.

| Shareholder | Approximate Percentage of Shares Held[2] |
|---|---|
| Price, Charles | 0.29% |
| Haudie Properties, LLC | 0.27% |
| Bohl, D.D.S. Charles F. | 0.26% |
| Cook, Kelly J. | 0.26% |
| Davis, Phillip | 0.26% |
| Strub, Kenneth & Shirley, JTWROS | 0.26% |
| Kush, Joseph A. or Mary Louise | 0.19% |
| Meyers, Brooke | 0.19% |
| Minnei, Renato | 0.19% |
| Ostrom, Lonnie L. | 0.19% |
| Eaglin, Terry | 0.16% |
| Knadler, Fred & Libbia | 0.14% |
| Bohl Family 1982 Income Trust | 0.13% |
| Eberle, Dan & Marguerite, JTWROS | 0.11% |
| Hermanson, Paul D. | 0.10% |
| Perry, Brett A | 0.10% |
| Stuflick, Richard A. | 0.10% |
| MRW Investments | 0.10% |
| Hau, Daniel E. and Ruth A., JTWROS | 0.09% |
| Hedges, James A. | 0.08% |
| Callahan, Frank and Pamela, JTWROS | 0.06% |
| Crowley, Bob E. and Marsha K., JTWROS | 0.06% |
| Hammer, Douglas A. | 0.06% |
| Hammer, Louis A. | 0.06% |
| Kershaw, Dan & Kershaw, Lavona, JTWROS (moved to Italy per Michael Cole) | 0.06% |
| Milam, William | 0.06% |
| Mitzel, Duane L. & Allyson, JTWROS | 0.06% |
| Volk, Michael R. & Pamela A. | 0.06% |
| Esser, Daniel P. | 0.06% |
| Frey, Bradley C. | 0.05% |
| Eberle, Ernest | 0.04% |
| Schletter, Deidre | 0.04% |
| Dannenmann, Eric | 0.04% |
| Biaggi, Christopher & Leslie, JTWROS | 0.03% |
| Nason, William F. | 0.03% |
| Rose, Kenneth B. III | 0.03% |
| Smith, Jay G. | 0.03% |
| Zoike, Beate E. | 0.03% |
| Cyr, Michelle J. (divorced to Steve Cyr and remarried as Callegari) | 0.02% |
| Ranger, Sandra | 0.02% |
| Brzycki, James | 0.02% |
| Cyr, Steven M. | 0.02% |
| Bess, Mick L. | 0.01% |
| DeAngelo, Cynthia | 0.01% |
| Gorham, Daniel K. | 0.01% |
| Kerpan, William J. | 0.01% |
| Waldron, Christian | 0.01% |
| Burns, Jeff | 0.01% |
| Biaggi,Christopher | 0.01% |
| Lessman, Fred | 0.01% |
| Mahon, Kelly, Custodian for Jeremy Hagstrom (real | 0.01% |

| Shareholder | Approximate Percentage of Shares Held[2] |
|---|---|
| name is Kellie) | |
| Petersen, Mike & Leean | 0.01% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of the Prime Time International Company, the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my, information and belief.

Dated:  March 15, 2014

Signature: _____

By:  John T. Wertheim

Title:  Chairman of the Board

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

Prime Time International Company, an Arizona
corporation,[1]

     Debtors and Debtors-in-Possession.

Case No. 2:14-(_____)
Chapter 11

(Joint Administration Requested)

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of All Creditors,* submitted herewith, pursuant to Local Rule 1007-1(a) of the Local rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Arizona, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2014.

Signature: _____
By: John T. Wertheim
Title: Chairman of the Board

---

[1]The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.