

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

Dated: March 21, 2014

*Sarah S. Curley (signature)*

**Sarah S. Curley, Bankruptcy Judge**
_____

GREENBERG TRAURIG, LLP
David D. Cleary, AZ SBN 011826
clearyd@gtlaw.com
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 602-445-8000
Facsimile: 602-445-8100

*[Proposed] Attorney for Debtors and Debtors-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>Prime Time International Company, an Arizona corporation,[1]<br><br>Debtors and Debtors-in-Possession. | Case No. 2:14-bk-03518 (SSC)<br>Chapter 11 |
| In re:<br>21st Century Brands, LLC, an Arizona limited liability company,[2]<br><br>Debtors and Debtors-in-Possession. | Case No. 2:14-bk-03519 (MCW)<br>Chapter 11 |
| In re:<br>USA Tobacco Distributing, Inc. an Arizona corporation,[3]<br><br>Debtors and Debtors-in-Possession. | Case No. 2:14-bk-03520 (SSC)<br>Chapter 11<br><br>**ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY** |

---

[1] The last four digits of Prime Time International Company, Inc.'s taxpayer identification number are 6454 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

[2] The last four digits of 21st Century Brands, LLC's taxpayer identification number are 4475 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

[3] The last four digits of USA Tobacco Distributing, Inc.'s taxpayer identification number are 1225 and its address is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

ЧX 330807292v5

Upon the *Emergency Motion for Order Authorizing and Directing the Directing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only* (the "**Motion**")[4] filed by the above-captioned debtors and debtors-in-possession (together, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rules 1015-1 and 9013-1(h) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Arizona, for entry of an order: (a) authorizing and directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, (b) transferring the chapter 11 cases to the Honorable Sarah Sharer Curley and (c) providing any additional relief required in order to effectuate the foregoing; and upon the memorandum of points and authorities submitted therewith and the presentations of counsel at the hearing on the motion; and upon the *Declaration of John T. Wertheim in Support of Debtors' Chapter 11 Petitions and Requests for Relief*; and it appearing that this court has jurisdiction to consider the motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record, the Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned cases are hereby consolidated for procedural purposes only, transferred to the Honorable Sarah Sharer Curley, and shall be jointly administered by this Court.

---

[4] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly-administered cases shall read as follows:

| | |
|---|---|
| In re:<br>Prime Time International Company, an Arizona corporation, *et al.*,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>This filing applies to:<br>☐ All Debtors<br>☐ Specified Debtors | Case No. 2:14-bk-03518 (SSC)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>[TITLE] |

[1] The Debtors and Debtors-in-Possession in this case, and the last four digits of their respective employer identification numbers are: Prime Time International Company, Inc. 6454, USA Tobacco Distributing, Inc. 1225, and 21st Century Brands, LLC 4475. The address of the Debtors and Debtors-in-Possession is 2019 W. Lone Cactus Drive, Phoenix, Arizona 85027.

5. A docket entry shall be made in the Chapter 11 cases of USA Tobacco, Century Brands and Single Cigars substantially as follows:

> An Order has been entered in this case directing the joint administration of Case No. 2:14-bk-03518 (SSC), Case No. 2:14-bk-03519 (MCW), and Case No. 2:14-bk-03520 (SSC), under Case No. 2:14-bk-03518. The docket in Case No. 2:14-bk-03520 (SSC) should be consulted for all matters affecting these cases.

6. The Debtors are authorized to use a combined service list for the jointly administered cases and combined notices shall be sent to creditors of the Debtors' estates.

7. This Court shall retain jurisdiction to interpret and/or enforce the terms of this Order.

SIGNED AND DATED ABOVE.

*PHX 330807292v5*