# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | PRIME TIME INTERNATIONAL COMPANY | |
| **Case Number:** | 2:14-BK-03518-MCW | **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 20, 2014 03:00 PM 7TH FLOOR #702 | |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE | |
| **Courtroom Clerk:** | CHRISTINA JOHNSON | |
| **Reporter / ECR:** | MICHELLE RADICKE | |

## *Matter:*

EXPEDITED HEARING ON MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTORS' ASSETS; (II) APPROVING BID PROTECTIONS; (III) SCHEDULING A HEARING TO CONSIDER THE SALE; (IV) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; (V) ESTABLISHING PROCEDURES FOR
NOTICING AND DETERMINING CURE AMOUNTS; AND (VI) GRANTING RELATED RELIEF; AND (B)(I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF CERTAIN ASSETS OF DEBTORS OUTSIDE THE ORDINARY COURSE OF BUSINESS; (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (III) AUTHORIZING THE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF

**R / M #:** 267 / 0

## *Appearances:*

DAVID D. CLEARY, ATTORNEY FOR PRIME TIME INTERNATIONAL COMPANY
HARVEY MERVIS (T), ATTORNEY FOR STALKING HORSE BIDDER
THOMAS SALERNO AND ANTHONY CALI, ATTORNEYS FOR MOUNTAINEER HOLDINGS LLC
HEATHER MACRE, ATTORNEY FOR SEVERAL STATES WITH INTEREST IN THIS CASE
PATRICIA MOLTENI (T), ATTORNEY FOR SEVERAL STATES WITH INTEREST IN THIS CASE
BOB MILLER, ATTORNEY FOR JPMORGAN CHASE BANK
CHARLES CANTER (T), ATTORNEY FOR THE UNITED STATES

Case 2:14-bk-03518-MCW    Doc 295    Filed 10/20/14    Entered 10/21/14 12:57:54    Desc
Main Document    Page 1 of 2

10/21/2014 12:57:43PM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Proceedings:*

Mr. Cleary reviewed and clarified the matters before the court.

The court stated its concern as to the noticing period, to which Mr. Cleary responded. The court questioned Mr. Cleary about the breakup fee.

Mr. Cleary further reviewed the motion. He reviewed the auction and sale proposed dates. Mr. Cleary urged the motion.

The court stated its concerns to which Mr. Cleary replied.

Mr. Mervis agreed with what Mr. Cleary stated, and stated his position.

Mr. Canter had nothing to add.

Ms. Molteni stated her position.

Mr. Mervis responded.

Mr. Cleary replied.

Ms. Macre encouraged the parties keep an open dialogue.

Mr. Miller stated his position, agreeing with Ms. Macre. He also supported the debtor.

Mr. Solaro stated his position.

Mr. Cleary had nothing further.

The court noted for the record November 5, 2014 as the deadline for the bids to be made, objections to cure, and any objections to the sale motion. November 7, 2014 is the deadline for the qualified bidders to be determined. The sale will occur November 10, 2014. The court advised it is acceptable for that sale to be off premises.

COURT: THE COURT DOES FIND AND CONCLUDE THAT THE PROCEDURES OUTLINED IN MR. CLEARY'S MOTION IS IN THE BEST INTEREST OF THESE BANKRUPTCY ESTATES AND THE COURT DOES GRANT THE SAME. MR. CLEARY IS DIRECTED TO SUBMIT A FORM OF ORDER THAT IS CONSISTENT WITH TODAY'S PROCEEDINGS.

MR. CLEARY WILL NOTICE OUT THE AUCTION SET FOR THE MORNING OF NOVEMBER 10TH. IT IS ORDERED SETTING A HEARING FOR NOVEMBER 10, 2014 AT 2:30PM. MR. CLEARY WILL UPLOAD AN ORDER.