# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | PRIME TIME INTERNATIONAL COMPANY |
| **Case Number:** | 2:14-BK-03518-MCW    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 10, 2014 02:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | MICHELLE RADICKE |

## Matter:

HEARING ON SALE AUCTION

**R / M #:**    0 / 0

## Appearances:

LARRY L. WATSON, US TRUSTEE
DAVID D. CLEARY, ATTORNEY FOR PRIME TIME INTERNATIONAL COMPANY
PATRICIA A. MOLTENI, ATTORNEY FOR STATES OF ALASKA, LOUISIANA, .ET. (T)
THOMAS J. SALERNO, ATTORNEY FOR PRIME TIME MH, LLC
ROBERT J. MILLER, ATTORNEY FOR JPMORGAN CHASE BANK
HEATHER ANN MACRE, ATTORNEY FOR STATES OF ALASKA,LOUISIANA,ALABAMA,UTAH
AMANDA CARTWRIGHT, ATTORNEY FOR JPMORGAN CHASE BANK
HARVEY D. MERVIS, ATTORNEY FOR MOSHE MUELLER

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

# Minute Entry

(continue)... 2:14-BK-03518-MCW        MONDAY, NOVEMBER 10, 2014 02:30 PM

### *Proceedings:*

The court notes that it has reviewed the objection.

Mr. Cleary discusses three parts to his presentation, relating that last Wednesday was the date for submitting bids. The stalking horse bid is detailed and the auction is ready to commence. It is believed that it is the best bid. The second bidder has elected to not go forward.

Mr. Watson informs the court that there have been discussions regarding the management contracts and the U.S. Trustee has no objection to the current bidder.

Mr. Salerno clarifies that they will get their deposit back and will not contest the stalking horse bid.

Mr. Cleary states the bid is of up to a maximum eight million, one hundred-fifty thousand dollars, among other specific details.

THE COURT: IT IS NOTED THAT THERE ARE NO HIGHER OR BETTER OFFERS. THE BID IS ACCEPTED. OBJECTIONS ARE CONSIDERED.

Mr. Cleary addresses the objections and proposes to negotiate final language to reconcile the objection and submit an agreed order.

Ms. Macre outlines the objections, including even those already resolved.

Ms. Molteni believes there is an agreement in principle and that the parties are on the same page. It is stated that the buyer needs to step into the shoes of the debtor.

Mr. Mervis confirms that they will be involved and will come to a resolution.

Mr. Cleary makes a comprehenseive offer of proof, noting that there is an affidavit on record from Odyssey Capital.

Ms. Cartwright has no objection to the sale proceeding. The loans matured by their terms is noted.

THE COURT: THE COURT FINDS THAT NOTICE HAS BEEN APPROPRIATE AND BASED UPON THE REPRESENTATION OF PROOF, THE COURT IS PREPARED TO GRANT THE MOTION, APPROVE THE SALE AND ALLOW THE SALE TO BE FREE AND CLEAR AS OUTLINED IN THE PURCHASE AGREEMENT. THE FOURTEEN DAY STANDARD §6006 IS WAIVED. THE COURT WILL SIGN AN UPLOADED ORDER.

Case 2:14-bk-03518-MCW    Doc 313    Filed 11/10/14    Entered 11/12/14 12:04:54    Desc
Main Document      Page 2 of 3                                                          11/12/2014  12:04:42PM

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:14-BK-03518-MCW      MONDAY, NOVEMBER 10, 2014 02:30 PM

A discussion ensues regarding language in paragraph thirteen and setting a hearing.

THE COURT: HEARING WILL BE NOTICED ON BID PROCEDURES ON DECEMBER 11, 2014 AT 2:00 P.M.

Case 2:14-bk-03518-MCW    Doc 313    Filed 11/10/14    Entered 11/12/14 12:04:54    Desc
Main Document    Page 3 of 3

11/12/2014  12:04:42PM